IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RICHARD SIMON, JANELLE SIMON,
ERIC CURTIS, and JOSE VEGA,

    Plaintiffs,

vs.   No. CIV 12-0096 JB/WPL

HEATH TAYLOR, JERRY WINDHAM,
PAT WINDHAM, MARTY L. COPE, ARNOLD
J. REAL, B. RAY WILLIS, THOMAS FOWLER,
LARRY DELGADO, and THE NEW MEXICO
RACING COMMISSION,

    Defendants.

## ORDER[1]

**THIS MATTER** comes before the Court on Defendant Taylor's Motion to Compel Plaintiff Janelle Simon to Fully Respond to His First Set of Interrogatories and Requests for Production, filed July 7, 2014 (Doc. 68)("Motion"). The Court held a hearing on November 18, 2014. For the reasons provided at the hearing, the Court will grant the Motion in part and deny it in part.

**IT IS ORDERED** that Defendant Taylor's Motion to Compel Plaintiff Janelle Simon to Fully Respond to His First Set of Interrogatories and Requests for Production, filed July 7, 2014 (Doc. 69), is granted in part and denied in part.

_____
UNITED STATES DISTRICT JUDGE

---

[1] This Order disposes of Defendant Taylor's Motion to Compel Plaintiff Janelle Simon to Fully Respond to His First Set of Interrogatories and Requests for Production, filed July 7, 2014 (Doc. 68). The Court may, however, at a later date issue a memorandum opinion more fully detailing its rationale for this decision.

*Counsel:*

Robert H. Fritz, III
Fritz Law Firm
Houston, Texas

--and--

Chad W. Dunn
Brazil & Dunn
Houston, Texas

    *Attorneys for the Plaintiffs*

Billy R. Blackburn
Albuquerque, New Mexico

--and--

Brian O'Toole
Brian O'Toole, P.C.
Austin, Texas

    *Attorneys for the Defendants Heath Taylor, Jerry Windham, and Pat Windham*

Gary K. King
  Attorney General of New Mexico
Sally Galanter
  Assistant Attorney General
Albuquerque, New Mexico

    *Attorneys for Defendants Marty L. Cope, Arnold J. Rael, B. Ray Willis, Thomas Fowler, Larry Delgado, and the New Mexico Racing Commission*