IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RICHARD SIMON, JANELLE SIMON,
ERIC CURTIS, and JOSE VEGA,

      Plaintiffs,

vs.                                        No. CIV 12-0096 JB/WPL

HEATH TAYLOR, JERRY WINDHAM,
PAT WINDHAM, MARTY L. COPE, ARNOLD
J. REAL, B. RAY WILLIS, THOMAS FOWLER,
LARRY DELGADO, and THE NEW MEXICO
RACING COMMISSION,

      Defendants.

**ORDER**[1]

**THIS MATTER** comes before the Court on the Plaintiffs' Motion to Compel Defendants' Discovery Responses, filed January 28, 2015 (Doc. 100)("Motion"). The Court held a hearing on April 20, 2015. For the reasons provided at the hearing, the Court will grant the Motion in part and deny it in part.

**IT IS ORDERED** that the requests in the Plaintiffs' Motion to Compel Defendants' Discovery Responses, filed January 28, 2015 (Doc. 100), are granted in part and denied in part.

_____
UNITED STATES DISTRICT JUDGE

---

[1]This Order disposes of the Plaintiffs' Motion to Compel Defendants' Discovery Responses, filed January 28, 2015 (Doc. 100). The Court may, however, at a later date issue a memorandum opinion more fully detailing its rationale for this decision.

*Counsel:*

Robert H. Fritz, III
Fritz Law Firm
Houston, Texas

--and--

Chad W. Dunn
Brazil & Dunn
Houston, Texas

    *Attorneys for the Plaintiffs*

Brian O'Toole
Brian O'Toole, P.C.
Austin, Texas

--and--

Billy R. Blackburn
Albuquerque, New Mexico

    *Attorneys for the Defendants Heath Taylor, Jerry Windham, and Pat Windham*

Gary K. King
  Attorney General of New Mexico
Sally Galanter
  Assistant Attorney General
Albuquerque, New Mexico

    *Attorneys for Defendants Marty L. Cope, Arnold J. Rael, B. Ray Willis, Thomas Fowler, Larry Delgado, and the New Mexico Racing Commission*